**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PATRICIA KILBY-ROBB, | |
| Plaintiff, | Case No. 20-cv-992 (JMC) |
| v. | |
| LINDA MCMAHON, *Official Capacity as Secretary of Education*, | |
| Defendant. | |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment, ECF 8, is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED**.

_____
JIA M. COBB
United States District Judge

Date: March 31, 2026

1